The Honorable John H. Chun

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JUAN E. HERNANDEZ-HERNANDEZ and ALEJANDRO MACIAS-VELAZQUEZ,<br><br>Defendants. | No. CR22-101 JHC<br><br>ORDER GRANTING MOTION TO CONTINUE TRIAL DATE AND PRETRIAL MOTIONS DEADLINE |

THIS MATTER having come before the Court on a motion by defendant Alejandro Macias-Velazquez for a continuance of the trial and the pretrial motions due date and defendant Juan E. Hernandez-Hernandez's notice of joinder, and the Court having considered the facts set forth in the motion and the records and files herein, the Court FINDS as follows:

1.  That the ends of justice will be served by ordering a continuance in this case, that a continuance is necessary to ensure adequate time for effective case preparation and that these factors outweigh the best interests of the public and defendant in a speedy trial.

2.  A failure to grant the continuance would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, within the meaning of 18 U.S.C. § 3161(h)(7)(B)(iv). In addition, the failure to grant a continuance in the

proceeding would likely result in a miscarriage of justice, within the meaning of 18 U.S.C. § 3161(h)(7)(B)(i).

3. The ends of justice will be served by ordering a continuance in this case, as a continuance is necessary to ensure adequate time for the defense to review discovery and effectively prepare for trial. All of these factors outweigh the best interests of the public and defendant in a more speedy trial, within the meaning of 18 U.S.C. § 3161(h)(7).

IT IS THEREFORE ORDERED that the trial date shall be continued to January 17, 2023 and that the pretrial motions deadline is reset to December 8, 2022.

IT IS FURTHER ORDERED that the resulting period of delay from the filing of the motion to continue to the new trial date is hereby excluded for speedy trial purposes under 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(iv).

DONE this 31st day of August, 2022.

John H. Chun
United States District Judge

Presented by:

BLACK & ASKEROV, PLLC

Christopher Black
Attorney for Alejandro Macias-Velazquez