Hon. John H. Chun

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>JUAN HERNANDEZ-HERNANDEZ,<br><br>　　　　　　Defendant. | NO. CR 22-101 JHC<br><br>ORDER TO EXTEND TIME FOR ACCEPTANCE OF PLEA AGREEMENT |

　　The court has considered the unopposed motion to extend time for acceptance of the plea agreement of defendant Juan Hernandez-Hernandez. The motion is GRANTED.

　　The time for acceptance of the plea agreement of Juan Hernandez-Hernandez is hereby extended to January 20, 2023.

　　Dated this 17th day of January, 2023.

_____
HON. JOHN H. CHUN
UNITED STATES DISTRICT JUDGE