1

2

3

4

5

6

7

8       UNITED STATES DISTRICT COURT
        WESTERN DISTRICT OF WASHINGTON
        AT SEATTLE

9

10      UNITED STATES OF AMERICA,          CASE NO.  2:22-CR-00101-JHC

11                      Plaintiff,

                v.                         ORDER

12

13      JUAN E. HERNANDEZ-
        HERNANDEZ,

14

                        Defendant.

15

16          Before the court is Defendant Juan E. Hernandez-Hernandez's motion to withdraw

        guilty plea and for appointment of new counsel.[1]  *See* Dkt. # 42.  Mr. Hernandez-

17
        Hernandez is represented by counsel.  *See generally* Dkt.  Therefore, Mr. Hernandez-

18
        Hernandez may not file a *pro se* motion unless he complies with the requirements of

19
        Local Civil Rule 83.2(b)(5), which applies in criminal cases, too.  *See* Local Criminal

20

21

        _____
22      [1] The Court notes that Mr. Hernandez-Hernandez's counsel has already filed a motion to
        withdraw his guilty plea.  Dkt. # 41.

1  Rule 1(a) (adopting Local Civil Rule 83.2(b) for criminal proceedings).  Local Civil Rule

2  83.2(b)(5) requires that a represented party seeking to appear or act *pro se* must

3  "request[] by motion to proceed on his or her own behalf, certif[y] in the motion that he

4  or she has provided copies of the motion to his or her current counsel and to the opposing

5  party, and [receive from the court] an order of substitution by the court terminating the

6  party's attorney."  *See also United States v. Halbert*, 640 F.2d 1000, 1009 (9th Cir. 1981)

7  ("A criminal defendant does not have an absolute right to both self-representation and the

8  assistance of counsel. . . . Whether to allow hybrid representation remains within the

9  sound discretion of the trial judge.").  In other words, before Mr. Hernandez-Hernandez

10 is allowed to request the kind of relief he seeks, he must file a motion to proceed *pro se*

11 which certifies that he provided copies of the motion to his own counsel and opposing

12 counsel, and must wait for a court order allowing him to proceed *pro se*.  The court

13 directs Mr. Hernandez-Hernandez to contact his counsel to discuss his current situation

14 and the relief he seeks.

15      Because Mr. Hernandez-Hernandez improperly filed his motion *pro se*, the Court

16 STRIKES the motion (Dkt. # 42) from the docket.

17      Dated this 26th day of January, 2023.

19                                    *John H. Chun*

20                                    John H. Chun
                                      United States District Judge

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22