The Honorable John H. Chun

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>JUAN E. HERNANDEZ-HERNANDEZ and ALEJANDRO MACIAS-VELAZQUEZ,<br><br>Defendant. | NO. CR22-101 JHC<br><br>ORDER GRANTING MOTION TO WITHDRAW GUILTY PLEA |

THIS MATTER having come before the Court on a motion by defendant Juan E. Hernandez-Hernandez to withdraw his guilty plea, and the Court having considered the facts set forth in the motion and the records and files herein, the Court FINDS as follows:

1. On August 31, 2022, the Court continued trial on this matter to January 17, 2023.

2. On December 13, 2022, the Court continued trial to June 26, 2023, at 1:30 pm, as to defendant Alejandro Macias-Velazquez, upon factual findings establishing the need for a continuance.

3. On December 30, 2022, Hernandez-Hernandez appeared before Magistrate Judge Michelle L. Peterson and entered a plea of guilty as to Count 1 of the

ORDER GRANTING MOTION TO WITHDRAW GUILTY PLEA - 1
*United States v.* / CR22-101 JHC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Indictment, Conspiracy to Distribute a Controlled Substance, under his Plea Agreement.

4. Judge Peterson recommended that Hernandez-Hernandez be adjudged guilty subject to the Court's consideration of the Plea Agreement.

5. On January 19, 2023, before this Court accepted his guilty plea, Hernandez-Hernandez filed a motion to withdraw his plea.

6. A defendant has the absolute right to withdraw his guilty plea before it is accepted by the district court. *United States v. Alvarez-Tautimez*, 160 F.3d 573, 576 (9th Cir. 1998).

7. In a multi-defendant case, a reasonable trial continuance as to *any* defendant tolls the Speedy Trial Act period as to *all* joined co-defendants. *See* 18 U.S.C. § 3161(h)(6) ("A reasonable period of delay [is excluded] when the defendant is joined for trial with a codefendant as to whom the time for trial has not run and no motion for severance has been granted."); *United States v. Messer*, 197 F.3d 330, 337 (9th Cir. 1999) ("It is well established that an exclusion from the Speedy Trial clock for one defendant applies to all co-defendants.").

8. Macias-Velazquez and Hernandez-Hernandez are joined in the indictment and no motion to sever has been made or granted.

9. This Court having continued Macias-Velazquez's trial to June 26, 2023, Hernandez-Hernandez shall be tried together with Macias-Velazquez on that date.

//
//
//

ORDER GRANTING MOTION TO WITHDRAW GUILTY PLEA - 2
*United States v.* / CR22-101 JHC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

IT IS THEREFORE ORDERED that the defendant's motion to withdraw his guilty plea is GRANTED.

IT IS FURTHER ORDERED that trial for Hernandez-Hernandez and Macias-Velazquez is set for June 26, 2023, at 1:30 pm. Pretrial motions are due May 18, 2023.

DATED this 30th day of January, 2023.

*John H. Chun*
John H. Chun
United States District Judge

Presented by:

*s/ Yunah Chung*
YUNAH CHUNG
Assistant United States Attorney

ORDER GRANTING MOTION TO WITHDRAW GUILTY PLEA - 3
*United States v. / CR22-101 JHC*

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970