UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JUAN E. HERNANDEZ-HERNANDEZ,<br><br>Defendant. | CASE NO. 2:22-cr-00101-JHC-1<br><br>ORDER DENYING MOTION (DKT. # 80) |

Before the Court is Defendant's Motion for Reduction of Sentence. Dkt. # 80. The Court has reviewed the motion, the Government's opposing brief, Dkt. # 83, the rest of the file, and the governing law. As argued by the Government, Defendant does not qualify as a Zero-Point Offender because he scored two criminal history points. Nor does the Status Points amendment reduce Defendant's range, because he was not assessed any status points for being under a criminal justice sentence. Accordingly, the Court DENIES the motion.

/

/

/

/

ORDER DENYING MOTION (DKT. # 80) - 1

Dated this 17th day of May, 2024.

John H. Chun
United States District Judge

ORDER DENYING MOTION (DKT. # 80) - 2